1   RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2   HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
4   Los Angeles, CA  90071-3197
    Telephone:  213.229.7000
5   Facsimile:  213.229.7520

6   GEOFFREY M. SIGLER (*pro hac vice*)
      gsigler@gibsondunn.com
7   GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Ave., N.W.
8   Washington, D.C. 20036-5306
    Telephone: 202.955.8500
9   Facsimile:  202.467.0539

10  Attorneys for Defendant,
    AETNA LIFE INSURANCE COMPANY

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  DENNIS F., CAROL F., and GRACE F.

15                Plaintiffs,                 CASE NO. 3:12-cv-2819-MMC

16        v.                                  [PROPOSED] ORDER APPROVING
                                              STIPULATION TO EXTEND
17  AETNA LIFE INSURANCE COMPANY,             DEFENDANT'S TIME TO RESPOND TO
                                              COMPLAINTS
18                Defendant.
                                              The Hon. Maxine M. Chesney
19

20

21  KIM B. and AVIVA B.                       CASE NO. 3:16-cv-01395-MMC

22                Plaintiffs,                 Complaint Filed: 03/22/2016

23        v.

24  AETNA LIFE INSURANCE COMPANY,

25                Defendant.

26

27

28

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 4:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

## [PROPOSED] ORDER

Good cause being shown in the parties' Joint Stipulation to Extend Defendant's Time to Respond to Complaints, IT IS HEREBY ORDERED THAT Defendant shall have up to and including Friday, May 27, 2016 to answer or otherwise respond to Plaintiffs' Third Amended Complaint and the 11 new complaints.

**IT IS SO ORDERED.**

DATED this <u>23rd</u> day of <u>May</u>, 2016

<u>The Hon. Maxine M. Chesney</u>
United States District Court Judge for the
Northern District of California